IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-CR-00264-W-HFS |
| REGINALD A. STUCKEY | ) | |
| Defendant. | ) | |

**ORDER**

In the reply brief movant discloses reliance on King v. United States, 595 F.3d 844 (8th Cir. 2010). My understanding is that the argument would be that the second alleged crime of violence qualifying movant as a career offender should not have been considered because it was the less serious charge against him in the State Court case referred to in paragraph 58 of the Presentence Report.

A Government brief responding to this situation would be helpful.

The Government shall file a brief dealing with the King case and Paragraph 58 of the Presentence Report within 30 days of this date.

SO ORDERED

          /s/Howard F. Sachs
          HOWARD F. SACHS
          UNITED STATES DISTRICT JUDGE

September 2, 2011

Kansas City, Missouri